FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
* FEBRUARY 20, 2026 *
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF NEW YORK

---------------------------------x

Civil Action No. 26-CV-991

Judge Diane Gujarati
Magistrate Judge James R. Cho

STANLEY PIERRE,
THE WEST INDIAN SEMAROON TRIBE
OF THE AMERICAS, INC., and WEST INDIAN SEMAROON
TRIBE, INC.

Plaintiffs,

COMPLAINT

   – against-

CITY OF NEW YORK, ZOHRAN MAMDANI, in his official
capacity as Mayor of City of New York, CITY SHERIFF
NEW YORK CITY DEPARTMENT OF FINANCE,
ANTHONY MIRANDA, in his official capacity as City Sheriff
New York City Department of Finance, NEW YORK CITY
DEPARTMENT OF FINANCE, PRESTON NIBLACK, in his
former official capacity as Commissioner New York City
Department of Finance, JEFFREY SHEAR, in his official capacity
as Commissioner New York City Department of Finance, JOHN DOE,
a Deputy Sheriff of the New York City Department of Finance, NEW YORK CITY
OFFICE OF ADMINISTRATIVE TRIALS AND HEARINGS, and
ASIM REHMAN, in his official capacity as Commissioner
of the New York City Office of Administrative Trials and Hearings,
NEW YORK CITY DEPARTMENT OF CONSUMER AND WORKER
PROTECTION, SAMUEL A.A. LEVINE, in his official
capacity as Commissioner New York City Department of Consumer
and Worker Protection

Defendants

LETITIA JAMES, in her official capacity as New York State
Attorney General notified

---------------------------------x

[23] Can the black Moor change his skin? or the leopard his spots, . . .
Jeremiah 13:23
1599 Geneva Bible

1

Plaintiffs, by and through their undersigned counsel, respectfully submit this Complaint seeking damages and declaratory and any other relief from violations of the 1st, 4th, 5th, 13th and 14th Amendments of the United States Constitution resulting in claims under Sections 1981, 1983, 1985, 1986, 1988 of Title 42 of the United States Code and the Religious Freedom Restoration Act.

PRELIMINARY STATEMENT

1. Homo sapiens first evolved in Morocco, home of the Moors, c.315,000 years ago, then migrated East to the Omo Valley in Ethiopia around 233,000 years ago.

   *H. sapiens* is thought to have evolved in Africa. The oldest known remains thought to be *H. sapiens,* found at Jebel Irhoud, Morocco, were unearthed in the first decade of the 2000s. This collection of specimens was made up of skull fragments, a complete jawbone, and stone tools, all of which date to about 315 kya, which may suggest that the species was widely dispersed throughout Africa by that time. The second oldest remains date to approximately 200 kya in East Africa. This estimate is shaped by the discovery in 1967 of the oldest remains attributed to *H. sapiens*, in Ethiopia's Omo Valley. The remains, made up of two skulls (Omo 1 and Omo 2), were initially dated to 130 kya. In 2022, however, the results of an argon-dating analysis, which estimated the age of a layer of tuff that overlay Omo 1, suggested that the Omo 1 remains date to at least 233 kya. *H. sapiens* spread later to all continents, arriving in southern China between 120 kya and 80 kya, reaching Australia between 65 kya and 50 kya, and entering Europe about 45–43 kya. Most evidence points to *H. sapiens* migrating to the Americas about 14–13.3 kya; however, some evidence suggests that this migration may have taken place up to 15,000 years earlier. *H. sapiens* have maintained a presence in Antarctica only since the 19th century. [i]

2. Ethiopians have traditionally referred to two groups of related peoples:  one in Africa, the Sudan (Kenites, Nubians of ancient Kerma), and the other from further East, Eastern Turkey to India (origin of the Meluhha or Indus Valley Civilization) Asia. [ii]  Hence, Ethiopians are Afro-Asiatics.

2

3. Ethiopians, Negros, are Cushi.

"Cush" in rabbinical literature is taken to be Ethiopia. According to an old Haggadah known to the pre-Christian Hellenistic writers, the wife of Moses, "the Cushite" woman, was the Queen of Ethiopia. Rashi claims that she was merely designated as an Ethiopian on account of her beauty, in order to protect her from the evil eye, but Onkelos makes her a "beautiful" woman, following in this the Talmudic application of the derivatives of the name, such as "Cushi," "black" persons of "negro" race, distinguished thus by their color from other men, to draw a lesson from a comparison for Israel. כושי מטוגה, the "distinguished Cushite" (= negro), is a standing expression in these Talmudic analogies (Yer. Mo'ed Ḳaṭan 16b). In Sifre to Num. § 99, the question is raised, "Was Moses' wife an Ethiopian?" and the answer is given, "She was 'beautiful' and thus 'distinguished' as the Cushi is by his color, by her beauty." In further development of this identification of "Cushite" with "negro," the former becomes simply a synonym for "black" (Suk. 34b; B. B. 97b). In Isa. xi. 11 Targum renders "Cush" by הנדאי ("India"), and in their discussion of Esth. i. 1 (Meg. 11a), Rab and Samuel dispute whether Cush is at the furthest extremity of the world or very close to India. The latter opinion rests on the confusion of Cush with the name of a province extending to the borders of India, Huzistan probably (Neubauer, "G. T." p. 386).[iii]

Kush or 'Cush = "black"' [iv] and Cushi is the ancient term for black people. [v] [vi]

4. Cushi, Ethiopians, are also Indians.

Even the name Hindu is Ethiopian. Ancient records of authority made Hind and Sind sons of Cush. Philostratus. in Vit. Apollon (Lib. II), says, "The Indi are the wisest of mankind. The Ethiopians are a colony of them, and they inherit the wisdom of their fathers." The separation of India from the parent Cushite stock was in ages long before the rise of the so-called Aryans in India. The older Greeks always associated the sacred waves of the Indian Sea with the wonderful Ethiopians. Ephorus stated that they occupied all the southern coasts of Asia and Africa. As in Chaldea they brought to the aboriginal tribes of India the knowledge of metals to take the place of stone implements, they brought the knowledge of the arts. Their funeral remains all over India reveal the stone circles and upright massive menhirs of North Africa. They understood in those far distant ages how to make hard earthenware, iron weapons and ornaments of gold. Today in a state of degenerated art, Sind is the only province where the potters craft is artistic. Before Megathenes, a Greek ambassador to the court of the non-Aryan Chandra Gupta, about 300 B. C., the Greeks mentioned as Indi only the Cushites of the areas between the Hindu Kush and Persia.

3

The name India means black, and Condor thinks that it was employed only to designate the home of the Asiatic Ethiopians. Let us look for a brief space at the land. India has often been described [p. 212] as almost a continent of itself, surrounded as it is by high mountain ranges to the north with the spurs stretching out to east and west, leaving only two natural passages down into the peninsula. India has a rich and varied climate and landscape. First come the Himalayas with their colder atmosphere, then the vast, fertile, densely populated plains of northern India watered by the Indus, the great Ganges and the Bramaputra.[vii]

5. Marijuana use likely originated among the Asians, which would include Ethiopians, of the Oxus Civilization known for cannabis use[viii].

*"Cannabis*, currently represented by the extant species *C. sativa*, is one of the most ancient crops that has been an integral part of human life since its domestication and continues into the present (Duvall, 2014, Warf, 2014, Small, 2015). Intensive artificial (human-mediated) selection of this plant has created a wide array of varieties and biotypes for diverse uses, including hemp fiber (cordage, textiles, paper, building materials), human and animal feeding (seeds, oil), biofuel, medicine (herbal remedies, pharmaceuticals) recreational drugs (marihuana, hashish), and ritual activities (healing, life cycle rituals, inebriation), among others (Clarke and Merlin, 2013, Clarke and Merlin, 2016). Evolutionarily, *Cannabis* is thought to have originated after divergence from its sister genus *Humulus* (both belonging to the family Cannabaceae) during the Oligo-Miocene (28–21 Ma) in the NE Tibetan Plateau and differentiated into their extant subspecies (*C. sativa* subsp. *Sativa* and *C. sativa* subsp. *Indica*) in the Middle Pleistocene, approximately 1 Ma (McPartland, 2018, McPartland et al., 2019). Human domestication of *Cannabis* would have occurred in the early Neolithic (12 kyr BP) of Eastern Asia, which places this plant among the oldest human domesticates (Ren et al., 2021). The human diffusion of *Cannabis* occurred in postglacial times, with a first phase (10–2 kyr BP) of Eurasian dispersal, a further spread into Africa and SE Asia (2–0.5 kyr BP) and a diffusion into the Americas from Europe and Asia (1545–1945 CE) (Clarke and Merlin, 2013). ..."* [ix]

6. ***Cannabis indica*** is an annual plant species in the Cannabaceae family, indigenous to the Hindu Kush mountains of Southern Asia. [x]

7. Some Ethiopians like the Qemant, Agaws, Shanqella, Weyto and Shinasha were Canaanites [xi], likely ancestors of the Qenites or ancient Midianites of Meroe,[xii] Meluhha, an Indus Valley Civilization, where Shiva and Kali were worshipped with use of Ganja[xiii].

4

8. Cushi Midianites also known as ancient Qenites (Kenites) who were among the Canaanites [xiv] that occupied Tel Arad where one of the earliest sites of Cannabis use was found in the ancient world. [xv]

> *While pointing to the temple at* Tel Arad, *the famous archaeological site with cannabanoids and massebot, author William G. Dever notes: "The only goddess whose name is well attested in the Hebrew Bible (or in ancient Israel generally) is Asherah."* [xvi]

9. This particular plant, Ganja, was associated with the worship of the Divine Feminine [xvii] in India called Kali Ma [xviii], and worshipped under other names such as Oya, Seshat/Sekmet [xix], and Anath, Asherah/Isharah [xx], a Semitic Creatrix worshipped by Canaanites whose Sacred Herb was Ganja, marijuana.

10. The West Indian Semaroon Tribe of the Americas are the descendants of the early Black Captive and Free Maroon races of the Americas who identified as Canaanites[xxi] and were labeled as Canaanites to justify their enslavement;[xxii] however, they were also described as Cushi, i.e. Black, Ethiopian, Nubian, Negro. Moors of Libya, North West Africa, from where a large part of WIST ancestry derives, were said to be Phoenicians, Canaanites.[xxiii]

THE PARTIES

11. Plaintiff, the West Indian Semaroon Tribe of the Americas, Inc. (the "WISTAs") is an advocacy group for the West Indian Semaroon Tribe (the "WIST"), consisting of the descendants of West Indians and/or Seminole Maroons of the Americas. The WISTAs a/k/a the West Indian Seminole Tribe of the Americas is registered as a non-governmental organization with the United

5

Nations. The WISTAs advocates for the medicinal, spiritual and cultural use of Ganja for the Healing of the Nations as part of the cultural heritage of the WIST.

12.    Through the Trans-Atlantic Slave Trade and before then, many Black Africans and American Indians amalgamated forming the West Indians and Seminole Maroons, who comprise the West Indian Semaroon Tribe (the "WIST") [xxiv]. In New York City, the first settler was Juan Rodriguez, a West Indian. [xxv] The Land of the Blacks was the earliest known settlement of West Indians in New York from 1643, long before the American Declaration of Independence

13.    Plaintiff, Stanley Pierre (the "Registered Agent"), of West Indian and/or Seminole Maroon descent, is the registered agent for New York State service of process purposes for Pleasure & Wellness, Inc. ("Wellness"), a New York State registered corporation with residential address at 222 Lenox Rd, Brooklyn, NY 11226.

14.    Respondent New York City Department of Finance ("DoF") is an agency of the City of New York.

15.    Respondent Preston Niblack is the former Commissioner of the New York City Department of Finance. In that capacity, Respondent Niblack is responsible for promulgating and implementing the disputed Sheriff's Cannabis Rules, defined below, and policies and has the authority to direct the requested relief.

16.    Respondent Jeffrey Shear is the Commissioner of the New York City Department of Finance. In that capacity, Respondent Shear is responsible for promulgating and implementing the disputed Sheriff's Cannabis Rules and policies and has the authority to direct the requested relief.

6

17.     Respondent Anthony Miranda is the New York City Sheriff (together with his office, the "Sheriff"). In that capacity, Respondent Miranda is responsible for promulgating and implementing the disputed Sheriff's Cannabis Rules and policies and has the authority to direct the requested relief.

18.     John Doe, Complainant on Summons in question.

19.     Respondent the New York City Office of Administrative Trials and Hearings (the "OATH") is an agency of New York City.

20.     Asim Rehman is the Commissioner of the New York City Office of Administrative Trials and Hearings (the "OATH"). In that capacity, Respondent Rehman is responsible for promulgating and implementing the disputed policies and rules and has the authority to direct the requested relief.

21.     Respondent Letitia James is the New York State Attorney General notified as a result of the constitutional challenge to New York State law.


JURISDICTION & VENUE

22.     This Court has subject-matter jurisdiction over this action pursuant to (a) 28 U.S.C. § 2201, 28 U.S.C. § 1331, and 42 U.S.C. § 1983 for claims arising under the U.S. Constitution and presenting a substantial federal question and (b) possibly, 5 U.S.C. §§ 550 et seq., Administrative Procedures Act.

23.     Supplemental jurisdiction for the state law claims is proper under 28 U.S.C. § 1367(a), as the constitutional issues substantially predominate over the state claims and this petition raises no novel or complex issue of state law.

24.     Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b)(1), as Defendants are residents of the state in which the district is

located, and 28 U.S.C. 1391 (b)(2) because a substantial part of the events giving rise to Plaintiffs' claims occurred in this district.

## BACKGROUND

25.     "Existing marihuana laws have disproportionately impacted African-American and Latinx communities." [xxvi] This was the finding of the New York State legislature when it legalized cannabis, previously called marijuana or "ganja" by one of the earliest peoples among whom the plant's use originated.

26.     To curtail the operation and growth of "unlicensed cannabis retail stores across the City," New York City (the "City"), on 4/20/2024, through its Sheriff's Office on authority of the New York City Department of Finance and approved by the Mayor of the City, added a new  Chapter 5A to Title 7 (the "Sheriff's Cannabis Rules") of the New York City Administrative Code (Chapter 5A: Cannabis Enforcement). [xxvii]

27.     On November 5, 2025, Mr. Stanley Pierre was arrested by the New York City Police Department through the Sheriff's Office of the New York City Department of Finance after a search conducted as part of a joint task force with the NYC Sheriff's Office, NYPD Officers and NYC Consumer and Worker Protection ("NYC CWP").  (See **Exhibit** A, NYC CWP Summons No. 25N02953, the "NYC CWP Summons").

28.     According to the NYC CWP Summons, during an inspection by the NYC CWP, undercover officer heard a man in a truck (the "Vehicle") say "pre rolls". The undercover officer then stepped aside while uniformed NYPD and Sheriff's deputies approached the Vehicle and demanded that the man step out of the

8

Vehicle. The NYPD, Sheriff's office and the undercover officer (collectively, the "Task Force") went into the Vehicle and allegedly found electronic cigarettes and cannabis.

29. The officers did not identify themselves to Mr. Pierre or say what the charges were against him.

30. The officers did not read him his rights or provide any Miranda warnings.

31. The vehicle was taken, trashed and property was removed, including an (i) Apple laptop with charger, HDMI cable and adapter, (ii) a Black HK Bluetooth audio speaker, (iii) Metal trolley or hand pull cart, (iv) a gray over the shoulder bag as well as (v) cash in the amount of around $175. These items were never returned.

32. Mr. Pierre was compelled to provide fingerprints and to be photographed by the New York Police Department.

33. A Desk Appearance Ticket was issued with the Offense Charged as PL 222.35 01 (**Exhibit** D - the "DAT").

34. Prior to this arrest, on 9/16/2025, Mr. Pierre as well as the other Plaintiffs, in connection with a prior illegal search and seizure by the City Sheriff New York City Department of Finance on 3/5/2025, filed Notices of Claims with the City of New York (the City). An action is currently pending before the New York Supreme Court regarding such incident.

35. A Summons number 0219 456 234 was further issued to Pleasure & Wellness Inc. ("Wellness"), dated Nov. 5, 2025, stating that "cannabis and cannabis marketed products were observed for sale without a valid retail license" (see **Exhibit** B - DoF Summons, the "DoF Summons") and an Order to

9

Cease Unlicensed Activity and Seizure Notice (see Exhibit C - the "Sheriff's Order") reads that it was sent to the Subject Premises being:

Pleasure & Wellness, Inc. D/B/A Canna Stat.
222 Lenox Road
Brooklyn, NY 11226

36. Wellness owns the vehicle that was searched and seized by the Task Force.

37. The New York City Department of Finance (DoF) Summons states that "The Office of the New York City Sheriff, or an individual designated by the Sheriff, has determined that direct or indirect sales of cannabis, cannabis products and/or products marketed or labeled as cannabis, which may include offers of sale, are occurring within the above referenced address (the "subject premises") without the required registration, license, or permit issued by the New York State Office of Cannabis Management." See **Exhibit** C, the Sheriff's Order.

38. No inspection occurred at the subject premises.

39. The Sheriff's Order further states that an individual may petition the Cannabis Petition Review Unit for return of seized property or challenge the order by providing reasons that such cannabis or other related items were "neither offered for sale in violation of section 7-551(a) of the Administrative Code or used as instrumentalities in furtherance of a violation." See Sheriff's Order.

10

40.     As the OATH Summons applies to Pleasure and Wellness, Inc. and the criminal charges apply to Mr. Pierre, it would appear that the authorities are not sure which party to accuse of actually owning the seized property.  As a result, they have still not been returned to either although Mr. Pierre was charged and tried criminally with respect to the contents of the Vehicle.

41.     An OATH hearing was scheduled for Feb. 17, 2026 regarding DoF Summons No. 0219 456 234, but did not occur despite Wellness' attorney calling in to the hearing number indicated.  See **Exhibit** E - Notice of Rescheduled Hearing.

42.     An OATH hearing was apparently scheduled for NYC CWP Summons No. 25N02953; however, Wellness' attorney was not notified of such rescheduled hearing. See **Exhibit** F – OATH Default Notice.

43.     Thus, both administrative proceedings should still be pending. As the matters here involve grave consequences to Constitutional and Civil rights, Plaintiffs request this Court's immediate intervention.

44.     Details and further support for each Cause of Action herein is set forth in the Memorandum of Law accompanying this Complaint.

CAUSES OF ACTION

COUNT I:  DEFENDANTS VIOLATED THE 1ST AND 14TH AMENDMENTS AND SECTIONS 1981 AND 1983 OF THE CIVIL RIGHTS CODE HISTORICALLY AND CURRENTLY BY RETALIATING AGAINST PLAINTIFF, IGNORING WEST INDIAN SEMAROON EXISTENCE & FAILING TO APPLY LAWS EQUALLY

45.     Based on historical and current data and statements and conduct of various agencies of New York City, non-whites, including Indians and Blacks

composing the West Indian Semaroon Tribe have not been treated equally with whites.

**COUNT II:  DEFENDENTS VIOLATED THE 13TH AMENDMENT AND THE 4TH AND 14TH AMENDMENTS BY ARRESTING PLAINTIFF AND SEIZING HIS PROPERTY WITHOUT PROBABLE CAUSE AND WITHOUT A WARRANT**

46.     Plaintiffs incorporate by reference each and every allegation contained in the preceding paragraphs as if set forth fully herein.

47.     Defendant Sheriff arrested Plaintiff Mr. Pierre without probable cause and confiscated his property without due conviction of crime.  This clearly violates the 4th, 13th and 14th Amendments of the Constitution.

**COUNT III: DEFENDANTS VIOLATED PLAINTIFF, MR. PIERRE'S, 5TH & 14th AMENDMENT RIGHTS BY PROSECUTING HIM AND HIS RELATED COMPANY TWICE**

48.     Plaintiffs incorporate by reference each and every allegation contained in the preceding paragraphs as if set forth fully herein.

49.     Plaintiff Mr. Pierre has been duly prosecuted for a crime, which is also being charged through the OATH administrative process, violating the prohibition against double jeopardy.

**COUNT IV:  DEFENDANTS DISGUISED AUTHORITY AND CONSPIRACY TO DEPRIVE CONSTITUTIONAL RIGHTS VIOLATES 42 U.S. CODE § § 1985 & 1986 AND *MONELL* CLAIMS EXIST**

50.     Plaintiffs incorporate by reference each and every allegation contained in the preceding paragraphs as if set forth fully herein.

51.     Defendants worked in concert and knew of the civil rights and constitutional violations and did nothing to prevent them.  As such they are liable for civil rights violations.

COUNT V:  INJUNCTIVE RELIEF IS WARRANTED TO PREVENT IRREPARABLE HARM

52.     Plaintiffs incorporate by reference each and every allegation contained in the preceding paragraphs as if set forth fully herein.

53.     In the present case a preliminary injunction is requested to stay the OATH proceedings regarding the Summons and all Cease and Desist Orders, judgements and any further activity of the Sheriff with respect to the same. Present case involves fundamental federal constitutional and civil rights issues, which cannot be decided by an administrative tribunal. Plaintiffs need this Court's immediate intervention to preserve Plaintiffs' rights as further demonstrated in the Memorandum of Law accompanying this Complaint. As Defendants have violated the Constitutional rights of Plaintiffs, the merits prong is satisfied, as well as the irreparable injury and equity prongs.

COUNT VI: ATTORNEY'S FEES AND EXPENSES SHOULD BE AWARDED

54.     Plaintiffs incorporate by reference each and every allegation contained in the preceding paragraphs as if set forth fully herein.

55.     In the protection of the fundamental rights outlined herein, Plaintiffs request an award of attorney's fees and costs as set forth in 42 U.S. Code § 1988 of the Civil Rights code and otherwise.

13

## III. PRAYER FOR RELIEF

56.     Wherefore Plaintiffs request that the Court grant the immediate relief set forth in the Order to Show Cause accompanying this Complaint and issue an ORDER to

a. Declare that Defendants' conduct as alleged in the Complaint violates Plaintiffs' rights under the 1st, 4th, 5th, 13th and 14th Amendments to the United States Constitution, the Religious Freedom Restoration Act and applicable NYS Constitutional laws;

b. Order the return of all property confiscated on Nov. 5, 2025 from the Vehicle used by Mr. Pierre immediately to Mr. Pierre, quash all alleged evidence obtained by Defendants in any past or future prosecution or charge against Mr. Pierre or any affiliated or related company, including Pleasure & Wellness, Inc. and seal all records permanently in connection therewith;

c. Dismiss the Summons and any Order by any Defendant, including NYC Consumer and Worker Protection, and the NYC Department of Finance, as well as all pending criminal charges against Plaintiff, Mr. Pierre or any affiliated or related company, including Pleasure & Wellness, Inc.;

d.  Grant Mr. Pierre's requested relief under 42 USC Sections 1981, 1983, 1985 and 1986 with compensatory damages of at least $7 million (including pain, suffering and other losses suffered due to these proceedings) and punitive damages of at least $70 million to ensure the violation of these fundamental rights stop;

e. Declare that as the West Indian Semaroon Tribe (the "WIST") as represented by the West Indian Semaroon Tribe of the Americas, Inc. ("WISTA") is an indigenous tribe that enjoys all of the rights of any other tribe under the United Nations Declaration on

14

the Rights of Indigenous Peoples, it shall be consulted in good faith prior to having laws implemented that affect it and in light of the foregoing, as ganja, marihuana, hemp, cannabis, is the traditional medicine of the WIST and the sacred herb of its religious institutions, including the West Indian Semaroon Tribe of the Americas, Inc., its use, possession and distribution by the WIST shall be free of governmental interference without prior consultation with the WIST;

f. Grant WISTA's requested relief under 42 USC Sections 1981, 1983, 1985 and 1986 with compensatory damages of at least $1.5 million for each year since Defendants' enforcement and promulgation of their own rules inconsistent with Constitutional and Civil rights, and punitive damages of at least $10 million awarded to prohibit the further application of such unjust laws particularly against the WIST who have predominantly resided in communitas disproportionately impacted by the war on drugs through, among other things, a high concentration of marihuana (cannabis/hemp) arrests, convictions and over-policing;

g. Award costs and reasonable attorneys' fees incurred with this lawsuit with interest thereon, as permitted under 42 U.S.C. § 1988; and

h. Grant such other damages and further relief as deemed just and proper.

Dated: New York, New York
February 19, 2026

C.A. MORRISON, ESQ
Attorney for Plaintiffs
90 BROAD STREET, 2ND FLOOR
NEW YORK, NY 10004
347-518-3803

15

---

i

      Tattersall, Ian. "Homo sapiens". *Encyclopedia Britannica*, 10 Sep. 2024, https://www.britannica.com/topic/Homo-sapiens. Accessed 21 October 2024.


iiii

Homer, *Odyssey* 1.22–4.

Ethiopia refered to the areas South of Egypt called Kush or Cush, as well as Sub-Saharan Africa generally.

*"OPHTHALMO- Definition & Meaning | Dictionary.com". www.dictionary.com. Retrieved 2026-01-03.*

Richard Lobban, Historical Dictionary of Ancient and Medieval Nubia, Scarecrow Press, 2004. p. 1-1i

David M. Goldenberg, The Curse of Ham: Race and Slavery in Early Judaism, Christianity, and Islam, p. 18.

Noah Webster, The Holy Bible: Containing the Old and New Testaments, in the Common Version, p. xiv

Reilly, W. (1908). Cush. In The Catholic Encyclopedia. New York: Robert Appleton Company. Retrieved April 19, 2012, from New Advent: http://www.newadvent.org/cathen/04575c.htm

Rodney Steven Sadler, Can a Cushite Change His Skin?: An Examination of Race, Ethnicity, And Othering in the Hebrew Bible.

https://biblehub.com/hebrew/3568.htm *"Strong's Hebrew: 3568. כּוּשׁ (Kuwsh) – Cush".*

*Green, Elliott A. "The Queen of Sheba: A Queen of Egypt and Ethiopia?" (PDF). jbq.jewishbible.org. Retrieved 2017-06-04.*

iii

*CUSH - JewishEncyclopedia.com.*
>(n.d.). https://www.jewishencyclopedia.com/articles/4815-cush


*ETHIOPIA - JewishEncyclopedia.com.*
>(n.d.). https://www.jewishencyclopedia.com/articles/5890-ethiopia (The translation in the Authorized Version, following the ancient versions, of a name covering three different countries and peoples, viz.: (1) Ethiopia proper; (2) parts of northern Arabia; and (3) the regions east of Babylonia. See Cush for this name and the problems involved. . . .

>The Greeks often included under the term "Ethiopians" (dusky-faced ones) all nations of eastern or central Africa, but designated as Ethiopia proper the Nile valley from Syene (compare Ezek. xxix. 10) to the modern Khartum. The inhabitants of this country were more or less pure negroes. Isa. xviii. 2 (R. V.) calls them "tall and smooth"; but it is very doubtful if that obscure description of a land "rustling with wings, which is beyond the rivers of Ethiopia" (*ib.* xviii. 1), could mean Nubia.

>Those barbarous tribes were at an early period tributary to the Pharaohs who made the northern part of the country a real Egyptian province after 2000 B.C., and the southern half after 1600. The viceroys of this province became independent about 1000 B.C. Napata and Meroe were the capitals.)

iv

>*Hebrew - English Dictionary H3568 - **Cush**, **KING JAMES BIBLE DICTIONARY,***

24

**https://kingjamesbibledictionary.com/StrongsNo/H3568/Cush**
(Definitions are taken from Strong's Exhaustive Concordance by James Strong (S.T.D.) (LL.D.) 1890.)

v

"The whole of East Africa was called Cush by the Greeks, and in modern times "*Cushi*" is a Hebrew term for a black person."
*Cush (Kush)*, JEWISH VIRTUAL LIBRARY, A PROJECT OF AICE, https://www.jewishvirtuallibrary.org/cush-kush

"Cush refers to: "Cushan, Cushi, Ethiopians; blackness"—[The definitions from this source are translations of Hebrew names found in the Bible and are included in *Hitchcock's New and Complete Analysis of the Holy Bible*]."
*Cush, Cūṣ: 14 definitions*, WISDOM LIBRARY, https://www.wisdomlib.org/christianity/definition/cush#google_vignette

Cush, MCCLINTOCK AND STRONG BIBLICAL CYCLOPEDIA, https://www.biblicalcyclopedia.com/C/cush.html

vi

Cush definition and references: Black. . . .

*Cush, Cūṣ: 14 definitions*, WISDOM LIBRARY, **https://www.wisdomlib.org/christianity/definition/cush#google_vignette** (emphasis added).

3. Cush, as a country, therefore appears to be African or Arabian in all passages except Ge 2:13. We may thus distinguish a primeval and a post-diluvian Cush. The former was encompassed by Gihon, the second river of Paradise: it would seem, therefore, to have been somewhere to the northward of Assyria. . . . But, with all this predilection in favor of the north, the Greeks placed the gardens of the Hesperides in the extreme west, and there are strong indications in the Puranas "of a terrestrial paradise, different from that of the general Hindu system, in the southern parts of Africa" (As. Res. 3, 300). Even Meru was no further north than the Himalayan range, which the Aryan race crossed in their migrations.
Cush, MCCLINTOCK AND STRONG BIBLICAL CYCLOPEDIA, https://www.biblicalcyclopedia.com/C/cush.html

25

Gi'hon (Heb. Gichon', גיחון, in 1 Kings גחון, a stream, as breaking forth from a fountain; Sept. in Ge 2:13 Γεῶν v.r. Γηῶν, in 1Ki 1:33,38 Γιῶν, in 2Ch 32:30 Γειῶν, undistinguishable in 2Ch 33:14; Vulg. Gileon), the name of two water-courses. Gesesius compare's Job 40:23, and the Arabic jayhauna and jayunu, spoken of several larger Asiatic streams, as the Ganges, Araxes, etc. . . .

The etymology of Gihon (גיח, to burst forth) seems to indicate that it emas a swiftly-flowing, impetuous stream. According to Golius (Lex. Arab.), Jichun is the name given to the Oxus, which has, on this account, been assumed by Rosenmüller, Hartmann, and Michaelis to be the Gihon of Scripture. But the Araxes, too, is called by the Persians Jichun ar-Ras, and from this circumstance it has been adopted by Reland, Calmet, and colonel Chesney as the modern representation of the Gihon.

*Gihon*, MCCLINTOCK AND STRONG BIBLICAL CYCLOPEDIA, https://www.biblicalcyclopedia.com/G/gihon.html

vii

Drusilla Dunjee Houston, *Wonderful Ethiopians of the Ancient Cushite Empire* (1926), Chapter XV, https://sacred-texts.com/afr/we/we17.htm

viii

**2300 – 1700 BCE: The Oxus Civilization uses ephedra and cannabis in their rituals.**

The Bactria–Margiana Archaeological Complex (or BMAC, also known as the Oxus civilization) is the modern archaeological designation for a Bronze Age culture of Central Asia, dated to ca. 2300–1700 BCE, located in present day Turkmenistan, northern Afghanistan and northeastern Iran, southern Uzbekistan and western Tajikistan, centered on the upper Amu Darya (Oxus).

. . .

Within this complex of buildings there is a large shrine, and these have been used as a sacred fire temple consisting of two parts: one clearly used for public worship and the other, hidden from the gaze of the multitude, an inner sanctum of the priesthood. In one of these private rooms were found three ceramic bowls. Analysis of samples found in these vessels by Professor Mayer-Melikyan in 1976 revealed traces of ephedra and cannabis[3], these traces substantiate the ideas of Prof. Sarianidi: the Oxus Civilization were familiar with cannabis and ephedra.

1.Sarianidi, V. I. "Issledovanija pamjatnikov Dashlyiskogo Oazisa," in Drevnii Baktria, vol. 1. Moscow: Akademia Nauk. 1976

26

2.Sarianidi, V.I. Masson, V.M.  1972 "Central Asia, Turkmenia Before the Achaemenids". Praeger. 1972

3. Sarianidi, V.I., Excavations at Southern Gonur, Iran Vol. 31 1993, British Institute Of Persian Studies.

tefan. 2300 - 1700 BCE: The Oxus Civilization uses ephedra and cannabis in their rituals. Hempshopper. December 15, 2020. Accessed February 18, 2026. https://hempshopper.com/hemp-history/2300-1700-bce-the-oxus-civilization-uses-ephedra-and-cannabis-in-their-rituals/

Sarianidi, Victor, (2003). Margiana and Soma-Haoma. Electronic Journal of Vedic Studies (EJVS), Vol. 9 (2003) Issue 1c (May 5); archived 10 May 2020

ix
V. Rull [a], F. Burjachs [b c d], J.S. Carrión [e], A. Ejarque [f], S. Fernández [e], J.A. López -Sáez [g], R. Luelmo-Lautenschlaeger [f], J. Ochando [h], S. Pérez, Díaz [I], J. Revelles [c d], S. Riera [j], S. Rodríguez [I] Historical biogeography of Cannabis in the Iberian Peninsula: A probabilistic approach using palynological evidence, Perspectives in Plant Ecology, Evolution and Systematics, Volume 58, March 2023, 125704, ScienceDirect. https://www.sciencedirect.com/science/article/pii/S1433831922000464.

x
Duvall, Chris (1999). Cannabis. Reaktion Books. p. chapter 2. ISBN 9781780233864.
Cervantes, Jorge (2002). Indoor Marijuana Horticulture. Van Patten. p. 256. ISBN 9781878823298.

xi
A controversy exists concerning their origin. One of the noted traditional writers, AleqaTayye,
argues that the Qemant trace their origin from the Biblical Canaan (AleqaTayye: 1955, 241-249).
Qemant oral tradition also supports this view (Tinbitu: 2005 E.C., 24-25). According to such tradition,
the founder of the Qemant was a man called Anayer (Ayner according to AleqaTayye), who is said to
have been a grandson of Canaan, son of Ham, son of Noah. Because of severe drought and famine in
his country, Anayer is said to have come to Ethiopia with his wife, Entela, and settled in the forests of
Kerker.

---

**DessalegnBizuneh, *"Aspect of Ethnic Interaction and Integration in Gondar: The Case of the Qemant (c. early14thcentury-first decade of 21st century"* 1),** The International Journal Research Publications, Volume: 08, Number: 02, June 2018, https://files01.core.ac.uk/download/199938502.pdf

xii

"In the ancient Egyptian inscriptions we find two names that may be compared to the Biblical Phut. The tribes or peoples called the Nine Bows, IX Petuorm IX Na-Petu, might partly or wholly represent Phut. Their situation is doubtful, and they are never found in a geographical list, but only in the general statements of the power and prowess of the kings. If one people be indicated by them, we may compare the Naphtuhim of the Bible. SEE NAPHTUHIM. It seems unlikely that the Nine Bows should correspond to Phut, as their name does not occur as a geographical term in use in the directly historical inscriptions, though it may be supposed that several well-known names there take its place as those of individual tribes; but this is an improbable explanation. The second name is that of Nubia, To-pet, "the region of the Bow," also called Tonmeru-pet, "the region, the island of the Bow," whence we conjecture the name of Meroe to come. In the geographical lists the latter form occurs in that of a people, Anu-meru-pet, found, unlike all others, in the lists of the southern peoples and countries as well as the northern. The character we read Pet is an unstrung bow, which until lately was read Kens, as a strung bow is found following, as if a determinative, the latter word, which is a name of Nubia, perhaps, however, not including so large a territory as the names before mentiolied. The reading Kens is extremely doubtful, because the word does not signify bow in Egyptian, so far as we are aware, and still more because the bow is used as the determinative of its name Pet, which from the Egyptian usage as to determinatives makes it almost impossible that it should be employed as a determinative of Kens. The name Kens would therefore be followed by the bow to indicate that it was a part of Nubia. This subject may be illustrated by a passage of Herodotus, explained by Mr. Harris, of Alexandria, if he may premise that the unstrung bow is the common sign, and, like the strung bow, is so used as to be the symbol of Nubia. The historian relates that the king of the Ethiopians unstrung a bow, and gave it to the messengers of Cambyses, telling them to say that when the king of the Persians could pull so strong a bow so easily he might come against the Ethiopians with an army stronger than their forces (3:21, 22, ed. Rawlinson: Sir G. Wilkinson's note). For the hieroglyphic names, see Brugsch, Geogr. Inschr.

Phut from the mcclintock and strong biblical cyclopedia. McClintock and Strong Biblical Cyclopedia Online. Accessed February 18, 2026. https://www.biblicalcyclopedia.com/P/phut.html

"***Meluḫḫa*** or ***Melukhkha*** is the Sumerian name of a prominent trading partner of Sumer during the Middle Bronze Age associated with the Indus Valley Civilisation."

*McIntosh, Jane R. (2008). The Ancient Indus Valley: New Perspectives. Santa Barbara, California: ABC-CLIO. ISBN 9781576079072, p. 46.*

28

Ashurbanipal, King of the Neo-Assyrian Empire (669 – 631 BC) writes about his first march against Egypt: "In my first campaign I marched against _Magan_ and _Meluhha_, and Taharqa, king of _Musur_ (Egypt) and _Kûsu_ ("Kingdom of Kush", ie Nubia), whom Esarhaddon, king of Assyria, the father who begot me, had defeated, and whose land he brought under his sway."

_Pritchard, James B. (2016). Ancient Near Eastern Texts Relating to the Old Testament with Supplement. Princeton University Press. p. 294. ISBN 978-1-4008-8276-2._

Original text and translation: lines 51 and 52 of the Rassam cylinder

Here, "Meluhha" has been interpreted as "Meroe" (capital of Nubia).[

_History of Assurbanipall, Translated from the Cuneiform Inscriptions by George Smith. Williams and Norgate. 1871. pp. 15 and 48._

The Casluhim and the Naphtuhim (Genesis 10:13,14) were in all probability African peoples, though their position is in general regarded as uncertain. For the Hebrews, to all appearance, the southernmost point of Africa was Cush or Ethiopia, called by the Assyrians and Babylonians Kusu and Meluhha (Meroe), which included the district now known as the Sudan, or Black region. The sons of Cush, and also those of his firstborn, Sheba, were all Arabian tribes, nominally under the domain of Mizraim or Egypt, and on this account classed with the descendants of Ham.

2. The Cushites and the Negroes:

It will thus be seen that the Negro districts were practically unknown to the ancient Hebrews, though men and women of Negro race must have come within their ken. It seems doubtful, therefore, whether there be, in the Bible, any reference to that race, either collectively or individually, the word Cushite standing, not for Negro, but for Ethiopian. This term is applied to Moses' (first) wife (Numbers 12:1), and it will probably be generally admitted, that the great Hebrew lawgiver is not likely to have espoused a Negro woman. The Ethiopian eunuch converted by Philip the Evangelist (Acts 8:26) was an official of Meroe, and an educated man, for he could read the Old Testament in the Greek(Septuagint) version. Commerce must have revealed to the Hebrews the whereabouts of the various peoples of Africa with whom they came into contact, and they acquired a personal knowledge of Egypt when the 12 tribes were in bondage there. During this period, it may be supposed, they saw from time to time visitors from the South--people who are not mentioned in the sacred books of the Old Testament because the Hebrews, as a nation, never came into contact with them. Apart from Egypt, the history of the portion of Africa known to the Hebrews was a chequered one, as it came successively under Egypt, Phoenicia, Greek and Roman civilization. That it was not overrun, or even influenced, by the barbarous tribes of the South, is due to the fact that the Mediterranean tract

29

is isolated from the central (and southern) portion of that continent by the Sahara.

HOSANNA eBIBLE. Accessed February 18, 2026. https://www.hosanna.net/ebible/library_view.asp?book_type=DICTIONARY&Page=&con_id=42&letter=A&letter_id=456152&letter_name=1

xiii

Although Shiva is the Lord of *Bhang*, cannabis appears in offering to a number of other deities such as those dedicated to Shiva's consort Kali, Goddess of Life and Death. Kali's cannabis mantra is, "*Om, Hrim Ambrosia, that springeth forth from ambrosia, Thou shalt showerest ambrosia, draw ambrosia for me again and again. Bring Kalika within my control. Give success; Svaha*" (Avalon, 1913). In Tantric rites, cannabis retained its ancient Vedic epithet of 'Vijaya' (Victory). As Arthur Avalon (aka, Sir John Woodroffe) explained: "Vijaya, (victory) used in ceremonies to Kali: That is the narcotic Bhang (hemp)... used in all ceremonies" (Avalon, 1913).

Chris Bennett, *The Mother Plant of the Goddess*, Cannabis Culture, May 31, 2019, https://www.cannabisculture.com/content/2019/05/31/the-mother-plant-of-the-goddess-cannabis/

xiv

Genesis 15:19–21 lists the Kenites, Kenizzites, Kadmonites, Hittites, Perizzites, Rephaim, Amorites, Canaanites, Girgashites, and Jebusites as tribes of the Promised Land.

xv

The above Israelite fortress of Arad city has existed for the entire period of the Kingdom of Judah in the Old Testament and was partially reconstructed by archeologists. It is atop an imposing hill in the southern desert of the Negev. The fortress and the temple within the fortress were the heartbeat of the city of Arad.

Arad was settled by the Kenites (Judges 1:16), the descendants of Moses' father-in-law Jethro. The Kenites were closely allied with Judah and most likely accompanied Joshua in the conquest of Canaan. Having traveled with the Israelites for 40 years in the desert they shared the same culture, language, and religion.

Arad was located adjacent to the south of the tribe of Judah and east of the tribe of Simeon. When Israel was split into two kingdoms after the death of King Solomon (Israel as the northern kingdom and Judah as the southern kingdom), both Simeon and the Arad Kenites were absorbed into the kingdom of Judah.

Dennis. (2024, May 25). *Israelite Temple at Arad And who were the Kenites*. Bible Holy Lands in Photos, Scripture, and

30

Commentary. https://bibleland.blog/israelite-temple-at-arad-and-who-were-the-kenites/

In the list of defeated Canaanite kings in Joshua 12:14, which follows the latter tradition, the kings of Arad and Hormah appear side by side. It is further recorded in the Bible (Judg. 1:16) that "the children of the Kenite, Moses' father-in-law [the Septuagint reads "the children of Hobab the Kenite"] went up out of the city of palm-trees with the children of Judah into the wilderness of Judah, which is in the south [Negev] of Arad, and they went and dwelt with the people" (Heb. *ha-am*; but the Septuagint reads the "Amalekite"; cf. I Sam. 15:6). This account of the settlement of the important Kenite family in the vicinity of Arad acquired special significance after the modern discovery of the sanctuary at Arad. Pharaoh Shishak in listing cities conquered by him in Ereẓ Israel (c. 920 B.C.E.) records the capture of two places in the Negev with the name Arad (No. 107–112), i.e., "the fortresses of Arad Rabbat [Arad the Great] and Arad of the House of Yeroḥam." It seems, therefore, that in the days of Solomon there were two fortresses with the name Arad: a large, main city and a second named for the family of Yeroḥam (probably the biblical Jerahmeelites; and cf. "the South [Negev] of the Jerahmeelites" and "the cities of the Jerahmeelites" in I Samuel 27:10 and 30:29). Eder (Heb. עֵדֶר), which is mentioned as the second city in the Negev district of Judah (Josh. 15:21) is apparently a corruption of the name Arad. A village called Arad was still known to Eusebius in the fourth century C.E. (Onom. 14:2), 20 mi. from Hebron and four mi. from Malaatha (Moleatha), a description which fits Tell Arad, which is about 18½ mi. (30 km.) E.N.E. of Beersheba. On the *Madaba Map , Arad is erroneously placed south of Beersheba.

*Arad.* (n.d.). Jewish Virtual Library. https://www.jewishvirtuallibrary.org/arad

## CUSH

. . .

The Arabian branch seems to be intended in II Chron. xxi. 16, where Judah, under Jehoram, is plundered by "the Arabians that were near the Ethiopians." These evidently did not come from the southwestern end of Arabia. In Num. xii. 1, Moses' wife, the Midianitish woman Zipporah, is called an Ethiopian (margin and R. V. "Cushite"). In Hab. iii. 7 the tents of Cushan (the Septuagint reads "Cushim"; the name evidently is the same as "Cush") and the land of Midian are mentioned (compare verse 3 for other names of northwestern Arabia). There are doubtful references in Isa. xliii. 3, xlv. 14, xx. 3, xviii. 1. Some critics place also the Cushite "Zerah" in northwestern Arabia (II Chron. xiv. 9).

. . .

Winckler, "Muṣri, Meluḥḥa, Ma'in," ii., in "Mitteilungender Vorderasiatischen Gesellschaft" (1898, pp. 169 *et seq.*; see also Schrader, "K. A.

31

T." 3d German ed., p. 144), throws light on these passages. He shows that the Assyrians speak of this people as "Kusi" (Kûsh) in northern Arabia, subjected by Esarhaddon. See also Friedrich Delitzsch, "Die Sprache der Kossäer," Leipsic, 1884.

*CUSH - JewishEncyclopedia.com*. (n.d.-b). https://www.jewishencyclopedia.com/articles/4815-cush

ke'-nits (ha-qeni, haqeni; in Nu 24:22 and Jg 4:11, qayin; of hoi Kenaioi, hoi Kinaioi): A tribe of nomads named in association with various other peoples. They are first mentioned along with the Kadmonites and Kenizzites among the peoples whose land was promised to Abram (Ge 15:19). Balaam, seeing them from the heights of Moab; puns upon their name, which resembles the Hebrew ken, "a nest," prophesying their destruction although their nest was "set in the rock"--possibly a reference to Sela, the city. Moses' father-in-law, Jethro, is called "the priest of Midian" in Ex 3:1; 18:1; but in Jg 1:16 he is described as a Kenite, showing a close relation between the Kenites and Midian.

*Kenites in the International Standard Bible Encyclopedia*. (n.d.). International Standard Bible Encyclopedia Online. https://www.internationalstandardbible.com/K/kenites.html

xvi

Dever, William G. (2005), *Did God Have A Wife?: Archaeology And Folk Religion In Ancient Israel*, Wm. B. Eerdmans Publishing, ISBN 9780802828521, P. 166

***"The cannabis residue found on an 8th century BC incense altar in Tal Arad shrine confirms decades of speculation about psychoactive substances in early Israelite religion.. .***

***30 kilometers from Tel Arad is the shrine of Khirbet el-Qom, where Yahweh was worshipped in the same period. Apparently he was accompanied by his consort, as an inscription reads "to Yahweh and his Asherah," and the inscription is also found at other sites in Judahite territory. Asherah was the 'Lion Lady' frequently depicted with lions, and was also worshipped in Canaan as the consort of both the god El and the god Baal."***
Wiggins, Steve A. "The Myth of Asherah: Lion Lady and Serpent Goddess." Ugarit-Forschungen: Internationales Jahrbuch für ... (1991): n. pag. Print.

Nemu, Danny. "Drugs, the Israelites and the Emergence of Patriarchy", Lucid News. JULY 31, 2020. HTTPS://WWW.LUCID.NEWS/DRUGS-ISRAELITES-AND-PATRIARCHY/.

32

Arie, Eran; Rosen, Baruch; Namdar, Dvory (2020). "Cannabis and Frankincense at the Judahite Shrine of Arad". *Tel Aviv*. **47**: 5–28. doi:10.1080/03344355.2020.1732046. S2CID 219763262.

GANJA, CANNABIS, WAS USED BY SOME EARLY HEBREWS IN RELIGIOUS RITUALS

Dan Merkur *The Mystery of Manna: The Psychedelic Sacrament of the Bible* (2001); James D. Dure, *Manna Magic Mushroom of Moses : Manna Botanical I.D. of a Biblical Sacrament* (self published, 2000)

Warf, Barney. "High points: An historical geography of cannabis." Geographical Review 104.4 (2014): 414-438. Page 422: "Psychoactive cannabis is mentioned in the Talmud, and the ancient Jews may have used hashish (Clarke and Merlin 2013)." ( A variant of hashish was present in Ancient Israel.)

xvii

"The city of Çatalhöyük is the largest and best-preserved Neolithic site found to date. At a time when most of the world's people were nomadic hunter-gatherers, Çatalhöyük was a bustling town of as many as 10,000 people.  Inscribed as a UNESCO World Heritage Site, it is known as one of the best sites for understanding human Prehistory.

The linen, which dates back 9,000 years, was found as part of the latest dig, which involved 120 people from 22 different countries, and was one of the most striking findings of the season, particularly due to its high level of preservation.

"The fire warmed up the ground and platforms of the building and created a kiln drying effect. Therefore the pieces and this piece of cloth underground have been so far protected. Examinations in the laboratory show that this piece of cloth is linen weaved with hemp," said Professor Ian Hodder, head of the excavations.  "This is a first in the world and one of the best preserved examples."

Hemp is a commonly used term for high growing varieties of the Cannabis plant and its products, which include fibre, oil, and seed. Hemp fibre was widely used throughout history for items ranging from rope to fabrics and even sail canvases. Hodder believes the piece of linen came from the eastern Mediterranean from the central Anatolia, and may be evidence of hemp used in trade."

**First hemp-weaved fabric in the World found wrapped around baby in 9,000-year-old house**

*First hemp-weaved fabric in the World found wrapped around baby in 9,000-year-old house / Ancient Origins*. (2026, February 18). Ancient Origins Reconstructing the Story of Humanity's Past. https://www.ancient-origins.net/news-history-

archaeology/first-hemp-weaved-fabric-world-found-wrapped-around-baby-9000-year-old

"The first use of hemp fibre dates well back into the mists of time and is one of the first plants known to have been cultivated. About 10,000 years ago, hemp industries appeared simultaneously in China and Eurasia for the production of a textile fibre. One of the oldest known relics of human industry is a trace of hemp fabric from about 8000BC in the "Cradle of Civilisation" at Catal Huyuk (Ancient Mesopotamia)."
HEMPTECH.  https://www.hemptech.co.nz/Home/history-of-natural

xviii

### Kali-Ma

The most ancient goddess still worshiped in the world today is the Indian Kali-Ma, the Mother of Life and Death. Her worship stretches back into pre-history, and is believed to predate that of her more well-known consort Shiva, the longest continually worshiped god on earth. Both Shiva and Kali are strongly associated with marijuana. . .

Devotional ceremonies to Kali involve cannabis ingestion and ritual sex, which is directed at raising the Kundalini energy from the base of the spine up into the higher centres of the brain.

### Other pot-goddesses

The worship of Kali, under various names, extended into the ancient Near East, and cannabis was also used by many of the worshippers of Kali's ancient world counterparts.

Kali is the Hindu counterpart of the ferocious and sensual Canaanite goddess Anath, (part of a similar trinity with Ashera and Astarte)who is also described with "attached heads to her back, girded hands to her waist."

**Chris Bennet,** *Marijuana and the Goddess*
CANNABIS CULTURE, **September 1, 1998,**
**https://www.cannabisculture.com/content/1998/09/01/1374/**

xix

"Many Egyptologists have long speculated about the emblem which Seshat wore as her head dress. Sir Alan Gardiner described it in his still category-leading "Egyptian Grammar" as a "conventionalized flower (?) surmounted by horns." His question mark after "flower" reflects the fact that there is no likely flower which resembles this design. Others have called it a "star surmounted by a bow," but stars in the ancient Egyptian convention had five points, not seven like the one in Seshat's emblem. This number was so important that it caused king Tuthmosis III (1479 to 1425 BCE) to give her the name Sefkhet-Abwy, or "She of the seven points."

. . . Her seven-pointed "flower" or "star" is an accurate image of a hemp leaf. This leaf is made up of seven pointed leaf parts that are arranged in the same pattern as the most prominent sign in Seshat's emblem. Hemp is, and has long been, an excellent material for making ropes with the low-stretch quality required for measuring cords, particularly when these are greased to reduce variations in their moisture content which would influence elongation.

The characteristic leaf of the plant used in making these ropes was thus a logical choice for the emblem designer who wanted an easily recognized reference to Seshat's job. This leaf is so unique that its picture allows no confusion with other items…. the hemp leaf in Seshat's emblem is unmistakable evidence that the ancient Egyptian rope- stretchers used hemp for their measuring cords, and that Seshat cannot deny her now illegal patronage and ownership of this psycho-active plant.."

Chris Bennett, ShemShemet: Cannabis in Ancient Egypt, (February 18, 2021), *Cannabis Culture*.
https://www.cannabisculture.com/content/2021/02/18/shemshemet-cannabis-in-ancient-egypt/.

xx

**"Ishara** ("treaty, binding promise") is the Goddess of Love and Oaths. She was said to inflict severe bodily penalties to oathbreakers. She is associated with the underworld and the constellation Scorpio. She is called the mother of the Sebitti (the Seven Stars), a group of seven minor war gods. The White Goddess. http://www.thewhitegoddess.co.uk/divinity_of_the_day/sumerian/ishara.asp. Accessed 1 June 2023.

**Ishara** was a goddess originally worshiped in Ebla and other nearby settlements in the northern region of modern Syria in the third millennium BCE.
Soden, Wolfram Th. von , Edzard, Dietz O. and Frye, Richard N.. "history of Mesopotamia". *Encyclopedia Britannica*, 1 Apr. 2023, https://www.britannica.com/place/Mesopotamia-historical-region-Asia. Accessed 8 June 2023.

**Ishara** is associated with cannabis.

35

Wiggermann, Frans A. M. (2011), "Sexualität A. In Mesopotamien · Sexuality A. In Mesopotamia", Reallexikon der Assyriologie, retrieved 2022-02-25, p. 417.

***The Cannabis plant, known in Akkadian as qunnubu, is explained as the "herb of Ishara" in a*** Neo-Assyrian***text,*** BM ***103295.***

Prechel, Doris (1996). Die Göttin Išḫara: ein Beitrag zur altorientalischen Religionsgeschichte (in German). Münster: Ugarit-Verlag. ISBN 3-927120-36-7. OCLC 34994294, pp. 153–154.

According to traditional Ethiopian histories, Canaan's son Arwadi (lit. "the Arvadite") and his wife Entela crossed from Asia into Ethiopia in 2101 BC, and the Qemant tribe were said to be descended from their son, *Anayer*. There is further an Ethiopian tradition that two other Canaanite tribes, viz. the Sinites and Zemarites, also entered Ethiopia at the time it was ruled by the Kingdom of Kush, and became the Shanqella and Weyto peoples, respectively.[7] The Qemant relate that they share their Canaanite origin with the other Agaw groups.[8] The Omotic speaking Shinasha have a similar tradition of descent from Canaan's son Hamati[9] Similarly, the Shinasha extend the Canaanite ancestry to neighboring ethnic groups[10] The Persian historian Muhammad ibn Jarir al-Tabari (c. 915) recounted a tradition that the wife of Canaan was named Arsal, a daughter of Batawil son of Tiras, and that she bore him the "Blacks, Nubians, Fezzan, Zanj, Zaghawah, and all the peoples of the Sudan."[11] Likewise, Abd al Hakam tells that "Canaan is the father of the Sudan.[12]

The German historian Johannes Aventinus (fl. c. 1525) recorded a legend that Canaan's sons *the "Arkite"* and *the "Hamathite"* first settled in the area of Greece, and gave their names to the regions of Arcadia and Emathia.

Canaan (son of Ham), https://en.wikipedia.org/w/index.php?title=Canaan_(son_of_Ham)&oldid=1336393275 (last visited Feb. 18, 2026).

There is no definite agreement on the origin and history of Kemant people. For all of the
writers their early history is obscure Quirin. J (1998). But, according to the local legend,
the origin of Kemant people is from Canaan (Middle East), the father of Kemants, Ayner,
came Ethiopia through Egypt around 2795 B.C. Ayner (Aneyer) who came to Ethiopia

36

with his wife Entela because of the existence of famine in Canaan. As a result, Ayner is
the grandson of Canaan, the fourth son of Ham, who is son of Noah (Tiribits Deresse,
2013)

ZINABU YIRGA, *Practices And Challenges Of House Of Federation In Resolving Claims Of Identity: Case Study Of Kemant Community In Amhara National Regional State*, ADDIS ABABA UNIVERSITY, June 2016, https://etd.aau.edu.et/server/api/core/bitstreams/dfb13471-8a1c-46e8-90f4-42574bbeaae5/content

There is a favourite saying3 about the origin of the Shinasha herbal medicine that can be quoted
from every ordinary Shinasha. According to their oral tradition, the Shinasha trace their origin to
be Canaan, Israel4. The key informant (KIH-3)5, by referring to the oral tradition of the Shinasha,
argues that it is from Canaan that the Shinasha moved to Egypt where they further developed
their medicinal knowledge; and then come to Ethiopia, and settled in their present day territories.
The Shinasha believe that, for them God put wisdom on trees. They consider their herbal
medicinal knowledge to be the very gift of God to them.

*THE INTERACTION BETWEEN INDIGENOUS AND BIOMEDICAL HEALING SYSTEMS AMONG THE SHINASHA*,
Global Scientific Journals, Volume 6, Issue 7, July 2018, Online: ISSN 2320-9186, https://www.globalscientificjournal.com/researchpaper/THE-INTERACTION-BETWEEN-INDIGENOUS-AND-BIOMEDICAL-HEALING-SYSTEMS-AMONG-THE-SHINASHA.pdf

Particularly, concerning the origin of the
Shinasha people, Aleqa Taye states that the
origin of Shinasha to be Canaan, Israel. He
states that from Canaan they first migrated to
Egypt and then in about 1061 B.C., the Shinasha
migrated into Ethiopia following the course of the
Nile River. So, the explanation of the Aleqa Taye
reveals this fact:
The earliest ancestor of the Shännash is
Hamati. Hamati, begat, Guma, Zhägät, Gonga

37

and Dura, and these four brothers, the ancestors of the shännash [Shinasha], entered Ethiopia during the era of the Ag'azyan in the 29th year of the reign of Ayba, whose second name was Säbi II. When this happened was the 3,679th year of the world, at the time that Yacob entered Egypt in 1061 B.C. These ancestors of the tribe of Shinasha migrated to the land of Egypt when they were unable to find territory in the lands of Canaan. They became a very wealthy in Egypt, however, and they learned all the skills of the Egyptians, even sorcery. Nevertheless, they did not have land equal to even one qada; neither could they find grazing land for their cattle. They did not get any land which they could plow, seed, or obtain crops from, so there was continual disagreement and conflict between them and the people of Egypt...Therefore, migrated from Egypt up [following] the course of the Abbay and settled in Damot, between Kutay and Bamoru and on both sides of the Abbay(Taye,1987). According to oral traditions, the origin of the Shinasha people is widely accepted to be an ancient Israel.

Abebe Ano Alula, The Shinasha Relation with other Gonga People, Star Journal, 2012

Shanqella Ethiopians of potentially Canaanite descent may have derived their name from being associated with Black and servile peoples.

*Resettlement and Rural Development in Ethiopia Social and Economic Research, Training and Technical Assistance in the Beles Valley. F. Angeli. 1992. p. 345. ISBN 978-88-204-7260-3.*

*Women and Slavery: Africa, the Indian Ocean world, and the medieval north Atlantic. Ohio University Press. 2007. p. 216. ISBN 9780821417232.*

However, according to the Qemant tradition and history, everything started when Noah's ark settled at the top of Mount Ararat also believed to be Mount Guna which is located in northern Amhara region. the meaning of guna in Qemant language is "starting point". Qemants are descended from Yaner (also called Ayaner). He is "...the grandson of Canaan, the fourth son of Ham, son of Noah. Noha and his familily starts to live there for few years but Shem and Japheth moved to Asia and middle east however Noha and his son Ham stayed in Ethiopia until his death . Noah was buried in now day The Fasil Ghebbi and his wife aykel was buried in chelga aykel city, here we can see city aykel is named after Noah's wife. However according to

38

some legends, Canaan's son, Arwadi, came to Ethiopia from the land of Canaan to found the Qemant group, whereas in other legends it is Arwadi's son, Yaner did so.".

*AFRICA | 101 Last Tribes - Qemant people.*

(n.d.). https://www.101lasttribes.com/tribes/qemant.html

xxi

Saint Augustine of Hippo (354 – 430) mentions that one of the terms the seafaring Phoenicians called their homeland was "Canaan" and he records that the rustic people of Hippo in North Africa retained the Punic self-designation *Chanani*.

*Epistulae ad Romanos expositio inchoate expositio,* 13 (Migne, Patrologia Latina, vol.35 p.2096):'Interrogati rustici nostri quid sint, punice respondents chanani.'

*Shaw, Brent D. (2011). Sacred Violence: African Christians and Sectarian Hatred in the Age of Augustine. Cambridge University Press. p. 431. ISBN 978-0-521-19605-5. Archivedfrom the original on 29 April 2024. Retrieved 9 October 2018.*

St. Augustine was an African man. For many years, I didn't appreciate the magnitude of this because his African identity was usually muted in favor of describing him as a North African citizen of the Roman Empire with a distinct emphasis on "North" and "Empire." Currently, the United States Census classifies individuals of Middle East and North African (MENA) descent as white. Consequently, emphasizing that St. Augustine was *North* African allows him, especially in the United States, to be racially coded as white. At the very least, it allows for deemphasizing his Amazigh origins—the endonymic term for the people of North Africa.

Hunter, N., & Hunter, N. (2024, August 26). *Augustine's African heritage matters.* U.S. Catholic. https://uscatholic.org/articles/202304/augustines-african-heritage-matters/

There is a widespread idea that the people we call 'Phoenician' called themselves 'Canaanite'. This article argues that the only positive evidence for this hypothesis, a single line in the standard editions of Augustine's unfinished commentary on Paul's letter to the Romans, where he claims that 'if you ask our local peasants what they are, they answer 'Canaanite'', is prima facie highly unreliable as historical evidence, and on closer inspection in fact is almost certainly an editorial error: our examination of all the manuscripts - the first to have been carried out - established that what the peasants were really asked in the archetype was not quid sint - 'what they are' - but quid sit - 'what is it', a phrase that would most obviously refer to their language. While this new reconstruction of the archetype does not necessarily mean that quid sit was what Augustine originally wrote, this passage cannot be used as

39

positive evidence for Canaanite identity in late antique North Africa, or anywhere else.

Quinn, Josephine & McLynn, Neil & Kerr, Robert & Hadas, Daniel. (2014). Augustine's canaanites. Papers of the British School at Rome. 82. 175-197. 10.1017/S0068246214000087.


Saint Augustine was from North Africa, and would likely be the best source for his people's ancestry and Canaanites did rule North Africa for centuries are Carthaginian, Phoenicians.
Phoenicians likely called their homeland Put, or Phut for Libya, North West Africa and called themselves Canaanites.

The reconstructed Honeyman inscription (dated to c. 900 BC by William F. Albright) contains a reference to the Phoenician homeland, calling it *Pūt* (Phoenician: 𐤐𐤕).

Honeyman, A. M. "The Phoenician Inscriptions of the Cyprus Museum" Iraq, vol. 6, no. 2, 1939, pp. 104-108 [106-107], number 8.


*Krahmalkov, Charles R. (2001). A Phoenician-Punic Grammar. Brill, pp 1 -2.*


Phoenician traders arrived on the North African coast around 900 B.C. and established **Carthage** (in present-day Tunisia) around 800 B.C. By the sixth century B.C., a Phoenician presence existed at Tipasa (east of Cherchell in Algeria). From their principal center of power at Carthage, the Carthaginians expanded and established small settlements (called emporia in **Greek**) along the North African coast; these settlements eventually served as market towns as well as anchorages. Hippo Regius (modern Annaba) and Rusicade (modern Skikda) are among the towns of Carthaginian origin on the coast of present-day Algeria.


*Congress, Library of. "North Africa During the Classical Period". World History Encyclopedia. Retrieved 2023-08-27.*


*Drews, Robert (1998). "Canaanites and Philistines". Journal for the Study of the Old Testament. **23** (81): 39 61. doi:10.1177/030908929802308104. S2CID 144074940,* pp. 48–49: "The name 'Canaan' did not entirely drop out of usage in the Iron Age. Throughout the area that we—with the Greek speakers—prefer to call 'Phoenicia', the inhabitants in the first millennium BC called themselves 'Canaanites'. For the area south of Mt. Carmel, however, after the Bronze Age ended references to 'Canaan' as a present phenomenon dwindle almost to nothing (the Hebrew Bible of course makes frequent mention of 'Canaan' and 'Canaanites', but regularly as a land that had become something else, and as a people who had been annihilated)."

---

Gates, Charles (2011). *Ancient Cities: The Archaeology of Urban Life in the Ancient Near East and Egypt, Greece and Rome* (2nd ed.). London: Routledge. ISBN 978-0-203-83057-4, pp. 189–190.

xxii

### "Cursed be Canaan"

The Anglican Church is not alone: all mainstream Christian denominations were deeply involved in the slave trade, as were the main branches of Islam.

How could this be possible? How had religions supposedly dedicated to propagating the word of a compassionate and loving God become so intricately involved in this "appalling evil"? The answer is rooted in a grotesque misuse of the very words of the Bible. Of the many ways that Christians have invoked the Bible to justify their actions, none has exceeded in cruelty and wilful ignorance their appropriation of the "Curse of Ham" to justify slavery.

Ham (no relation!) was the youngest son of the Biblical patriarch Noah. When Ham saw his father drunk and naked, Noah felt so humiliated that he put a curse on Ham's son, Canaan, condemning his descendants to perpetual slavery. Here is the moment, as told in Genesis 9:24-25 (New King James Version):

*"So Noah awoke from his wine, and knew what his younger son [Ham] had done unto him. Then he said: 'Cursed be Canaan. A servant of servants he shall be to his brethren'."*

### The making of a 'slave race'

Since the 15th century, religious leaders have cited the passage as the justification for the enslavement of *all* African people. For almost 500 years, priests taught their flocks that a Hebrew prophet had condemned millions of Africans to slavery *because* they were descended from Ham's son Canaan. The curse of Ham thus formed the core religious justification for the trans-Atlantic slave trade. The curse of Ham entered Islamic thought in the 7th century, as a result of the influence of Christianity, and medieval Muslim scholars drew on Noah's curse in their work, as the historian David M. Goldenberg has shown. The Koran, however, makes no mention of the curse and Muhummad's Farewell Address rejects the superiority of white people over black people.

According to this reading of Genesis, God had not only mandated slavery, he had also *predestined* black people as a "slave race". In fact, some Christian leaders argued that it was in the Africans' interests to be enslaved, because their captivity would hasten their conversion, purifying and redeeming their souls in readiness for Judgement Day.

41

By manacling and herding millions of Africans onto ships bound for the colonies, slave traders and their enabling church leaders and governments had persuaded themselves that they were guiding the "Negroes" out of darkness and into salvation.

The historian Katie Cannon described the process another way:

*"Drunk with power and driven by grand delusions, government officials and officers of slave-trading companies... succumbed to the lies and manipulations that their soul salvation depended on the ceaseless replication of systemic violence."*

**The justification for African slavery in America**

The first written use of the Curse of Ham to justify slavery appeared in the 15th century, when Gomes Eanes de Zurara, a Portuguese historian, wrote that the enchained Africans he'd seen were in such a wretched state "because of the curse which, after the Deluge, Noah laid upon [Ham]... that his race should be subject to all the other races of the world".

In 1627, an English author and defender of the slave trade wrote:

*"This curse to be a servant was laid, first upon a disobedient sonne Cham [Ham], and wee see to this day, that the Moores, Chams posteritie, are sold like slaves yet."*

In the American colonies the Curse of Ham served as *the* ideological justification for African slavery. The Puritan colonisers of the New World bought slaves in large numbers to turn Providence, Rhode Island, into a Christian "city on a hill". All were deemed the progeny of Canaan.

The moral obscenity of slavery was the root cause of the American Civil War (1861–1865). Both sides enrolled God's authority in their cause. In the south this involved a literal reading of the Curse of Ham. Sulphuric southern preachers thundered that Noah's condemnation of Canaan had condemned all Africans to slavery. An "almost universal opinion in the Christian world" held that "the sufferings and the slavery of the Negro race were the consequence of the curse of Noah", asserted Alexander Crummell (1819–1898), an African-American minister and Cambridge-educated academic, in 1862.

Benjamin M. Palmer (1818–1902), pastor of the First Presbyterian Church in New Orleans and Mississippi's pre-eminent clergyman during the Civil War, raged in sermon after sermon that Noah's curse was a prophetic blueprint of the destinies of the "white", "black" and "red" races. While the white descendants of Shem and Japhet (Noah's elder sons) would flourish and succeed, Palmer asserted that "[u]pon Ham was pronounced the doom of perpetual servitude...".

42

### An important reference in the Civil War

In the opening months of the Civil War, bigotry and rank superstition blanketed the south with a Biblical defence of slavery. Southern Catholics also eagerly cited the curse as a validation of slavery. On 21 August 1861, Bishop Augustus Marie Martin of Natchitoches, Louisiana, declared in a pastoral letter, "On the occasion of the war of southern independence", that slavery was "the manifest will of God", and that all Catholics must snatch "from the barbarity of their ferocious customs thousands of children of the race of Canaan", the accursed progeny of Ham.

All this was Biblical balm to slave traders and owners who feared for the salvation of their souls. The religious justification of slavery erased those concerns.

Setting aside the theologians' misuse of Genesis, even on its own terms the Curse of Ham made a vague and unpersuasive case for slavery. Nowhere in Genesis is there a curse on Africans or black-skinned people.

If slave traders needed an explicit Biblical endorsement of slavery, they might have turned to the New Testament, where we find Saint Peter telling slaves to "be submissive to your masters with all fear, not only to the good and gentle, but also to the harsh". Or Saint Paul, who urged slaves to "be obedient to those who are your masters according to the flesh, with fear and trembling".

Paul Ham, *The 'Curse of Ham': how people of faith used a story in Genesis to justify slavery*, March 4, 2024,
https://theconversation.com/the-curse-of-ham-how-people-of-faith-used-a-story-in-genesis-to-justify-slavery-225212#:~:text=Since%20the%2015th%20century%2C%20religious,Goldenberg%20has%20shown.

This survey of past interpretations of Gen. 9:25-27 supplies a helpful perspective from which to understand how the notion of white supremacy and Negro slavery in America were persistently justified on the basis of "the curse of Canaan." The article grew out of a course in black history which the author recently taught while a student at Concordia Theological Seminary, Springfield, Ill.

Bradley, L. Richard (1971) "The Curse of Canaan and the American Negro,"*Concordia Theological Monthly*: Vol. 42, Article 10.
Available at: https://scholar.csl.edu/ctm/vol42/iss1/10

43

The Bible says nothing about skin color in the story of Noah, but this feature was somehow woven into the biblical text. An indication of the prominence this feature held in the minds of many can be seen in Fidel Castro's recollection of the story as taught to him as a youth:

Noah cultivated a vineyard, grapes, produced wine and drank a little too much. One of his sons mocked him, and Noah cursed him and condemned him to be black [*negro*]. It is one of the things in the Bible that I think someday the Church should change, because it seems that being black is a punishment from God (Castro, 75-76).

Castro's version is not by any means exceptional. The introduction of black skin color into Noah's curse has a long history. Since, according to the Bible, the curse was one of slavery, the joining of skin color to Noah's curse of slavery had a profound effect, for it served to justify black slavery for many centuries. In 1848, the American anti-slavery minister John G. Fee wrote that Ham was made black "by the curse of the Almighty," and he succinctly described that effect, which was commonly believed in his time: "God designed the Negroes to be slaves" (Fee, *Sinfulness of Slaveholding*, 16; *Anti-Slavery Manual,* 19). And not only in his time. The belief in the Curse of Ham continued well into the 20th century. James Baldwin, the African-American writer, wrote: "I knew that, according to many Christians, I was a descendant of Ham, who had been cursed, and that I was therefore predestined to be a slave" (Baldwin, *The Fire Next Time,* 45-46). Just recently the Southern Baptist Convention, meeting in Phoenix on June 13-14 felt it necessary to pass a resolution that "Whereas, the roots of White supremacy within a 'Christian context' is based on the so-called 'curse of Ham' theory.... which provided the theological justification for slavery and segregation. The SBC officially renounces the "curse of Ham" theory in this Resolution" (https://www.colorlines.com/articles/read-resolution-white-supremacy-caused-drama-southern-baptist-convention-annual-meeting).

It didn't matter whether one supported the institution of black slavery or not, or whether one was

44

black or not; everyone seemed to believe in the truth of Ham's blackness. As Edward Blyden, a Black scholar, clergyman, and statesman, wrote in 1869: "It is not to be doubted that from the earliest ages the black complexion of some of the descendants of Noah was known. Ham, it would seem, was of a complexion darker than that of his brothers" (Blyden, 75). In a study of the mythic world of the antebellum South vis-à-vis blacks, Thomas Peterson showed that the notion of blacks as "the children of Ham" was a well-entrenched belief: "White southern Christians overwhelmingly thought that Ham was the aboriginal black man" (Peterson, 42, 45-47, 149; quotation from 102). Why should that be the case? Even putting aside for the moment the fact that according to the Bible it was Canaan, not Ham, who was cursed, why was Ham identified with black Africa? Why the persistent, centuries-long identification of Ham with the black African?

According to biblical genealogy one of Ham's four sons was Kush, a name long associated with the area in Africa south of Egypt in both ancient Near Eastern literature and the Bible (e.g., Ezekiel 29:10). Consider the famous line from Jeremiah (13:23), "Can the Kushite change his skin?" referring to the dark-skinned African. Also reflecting this association is the Greek translation of the Hebrew Bible, in which the term Kush(ite) was rendered as *Ethiopia(n)*, the traditional etymology of which is 'burnt face,' i.e., dark skinned. But is Kush's African location enough of a reason to consider Ham a black African? After all, Kush wasn't Ham's only son. Egypt, Put and Canaan were also sons of Ham. Furthermore there is general scholarly agreement that most, if not all, of Kush's descendants listed in the biblical Table of Nations in Gen 10:7 (and 1 Chronicles 1:9) correspond to names of peoples who inhabited areas not in Africa, but in the southern and southwestern parts of the Arabian peninsula.
. . .
Etymology, then, as incorrect as it was, thus provided fertile ground for the later development of

45

the Curse of Ham idea associating black skin with slavery. Exegesis does not occur in an
historical vacuum, and it is no wonder that the Curse of Ham was used to justify the existing
phenomenon of black slavery. But there is more to the story than etymology and historical
context.
Formally the Curse is an origins myth ('etiology') explaining the existence of black slavery. The
examples quoted above from the American South combine two separate etiologies, one of black
skin and one of slavery: with Noah's curse of slavery the one cursed turned black. But not
always are the two etiologies combined

Formally the Curse is an origins myth ('etiology') explaining the existence of black slavery. The
examples quoted above from the American South combine two separate etiologies, one of black
skin and one of slavery: with Noah's curse of slavery the one cursed turned black. But not
always are the two etiologies combined. We can see this in the earliest evidence of an explicit
link between blacks and slavery in the context of the Noah story. This is found in the Syriac
Christian work known as the *Cave of Treasures*, dating in its present form from the 6th-7th
century at the latest, but originally going back to the 3rd or 4th century. Expanding on the
biblical story, the work explains that Canaan's "descendants were reduced to slavery, and they
are the Egyptians, the Mysiens (*musaye*), the Kushites, the Indians, and the abominable ones
(*musraye*)" (Ri, 62-63). The ones cursed with slavery are dark-skinned peoples, a point made
clear in the Arabic version (around 750 CE) of the work, which expands Canaan's descendants to
include all blacks:
[Noah] was angry with Ham and said, "Let Canaan be cursed, and let him be a slave to
his brothers.... [Noah] increased in his curse of Canaan. Therefore his sons became
slaves. They are the Copts, the Kushites, the Indians, the Musin (*musin*), and all the other
blacks (*sudan*).
Similarly, in the later Ethiopic version: ".... they are the Egyptians, the Kuerbawiens, the

46

Indians, the Mosirawiens, the Ethiopians, and all those whose skin color is black" (Goldenberg,
*Black and Slave*, 76-78).

Goldenberg, D. M. & University of Pennsylvania. (2017). *Black and Slave: the Origins and History of the Curse of Ham*. https://bibleinterp.arizona.edu/sites/bibleinterp.arizona.edu/files/docs/Hampdf_0.pdf

xxiii

And now, since the narration of the history has brought me to this point, it is necessary to tell from the beginning whence the nations of the Moors came to Libya and how they settled there.

13 When the Hebrews had withdrawn from Egypt and had come near the boundaries of Palestine, Moses, a wise man, who was their leader on the journey, died, and the leadership was passed on to Joshua, the son of Nun, who led this people into Palestine, and, by displaying a valour in war greater than that natural to a man, gained possession of the land. 14 And after overthrowing all the nations he p289 easily won the cities, and he seemed to be altogether invincible. 15 Now at that time the whole country along the sea from Sidon as far as the boundaries of Egypt was called Phoenicia. 16 And one king in ancient times held sway over it, as is agreed by all who have written the earliest accounts of the Phoenicians. 17 In that country there dwelt very populous tribes, the Gergesites and the Jebusites and some others with other names by which they are called in the history of the Hebrews.[2] 18 Now when these nations saw that the invading general was an irresistible prodigy, they emigrated from their ancestral homes and made their way to Egypt, which adjoined their country. 19 And finding there no place sufficient for them to dwell inn, since there has been a great population in Aegypt from ancient times, they proceeded to Libya. 20 And they established numerous cities and took possession of the whole of Libya as far as the Pillars of Heracles, and there they lived even up to my time, using the Phoenician tongue. 21 They also built a fortress in Numidia, where now is the city called Tigisis. 22 In that place are two columns made of white stone near by the great spring, having Phoenician letters cut in them which say in the Phoenician tongue: "We are they who fled from before the face of Joshua, the robber, the son of Nun." 23 There were also other nations settled in Libya before the Moors, who on account of having been established there from of old were said to be children of the soil. 24 And because of this they said that Antaeus, their king, who wrestled with p291 Heracles in Clipea,[3] was a son of the earth. 25 And in later times those who removed from Phoenicia with Dido came to the inhabitants of Libya as to kinsmen. And they willingly allowed them

47

to found and hold Carthage. 26 But as time went on Carthage became a powerful and populous city. 27 And a battle took place between them and their neighbours, who, as has been said, had come from Palestine before them and are called Moors at the present time, and the Carthaginians defeated them and compelled them to live a very great distance away from Carthage. 28 Later on the Romans gained the supremacy over all of them in war, and settled the Moors at the extremity of the inhabited land of Libya, and made the Carthaginians and the other Libyans subject and tributary to themselves. 29 And after this the Moors won many victories over the Vandals and gained possession of the land now called Mauretania, extending from Gadira as far as the boundaries of Caesarea,[4] as well as the most of Libya which remained. Such, then, is the story of the settlement of the Moors in Libya.

LacusCurtius • Procopius, Vandal Wars 2.10-13. Accessed February 18, 2026. https://penelope.uchicago.edu/Thayer/E/Roman/Texts/Procopius/Wars/4C*.html

xxiv

In early modern Iberia, slavery was not exclusively associated with racial categories as it would be in the colonial Americas. All available sources indicate that sub-Saharan Africans and their descendants—often referred to as "blacks"—constituted a significant segment of Iberia's slave populations during the fifteenth and sixteenth centuries. One recent study suggests that as many as 350,000 to 400,000 African captives may have been transported to Spain and Portugal during the two centuries from 1440 to 1640. However, during the era in question, one's religious background, political loyalties, and geographical origins also played key roles in determining who was eligible to be enslaved. Many enslaved women and men in Iberia were Muslims born in North Africa or the eastern Mediterranean, either captured abroad or purchased as slaves in foreign or local markets. Alongside these *moros* ("Moors") and *berberiscos* were Iberians of Muslim ancestry known as *moriscos*. Though some enslaved Muslims and *moriscos* were black, or of mixed racial background, many were described as "white slaves." Iberia's slave population also included smaller numbers of captives brought from India and China, as well as native Canary Islanders and indigenous peoples from the Americas.

*Iberian Roots of the Transatlantic Slave Trade, 1440–1640 | Gilder Lehrman Institute of American History.* (n.d.). https://www.gilderlehrman.org/history-resources/essays/iberian-roots-transatlantic-slave-trade-1440-1640

The origins of shared kinship between Africans and Native Americans—both legitimate and illegitimate—lie in their alliances and allegiances formed during slavery and as fellow citizens in self-determination within tribal nations within the present-day boundaries of the United States.

**Shared slavery**

In shared slavery, enslaved Africans and enslaved Native Americans intermarried with one another. Because their marriages were usually not considered legitimate by

48

law, their children were slaves like their parents and considered illegitimate. Among the Cherokees, Choctaws, Chickasaws, Creeks, and Seminoles, et al., Africans were enslaved by Native Americans. Children of enslaved African women and Native American slave owners were also considered illegitimate.

Native Americans, particularly those of blended African ancestry, occasionally found themselves kidnapped into slavery. Early colonists, like later citizens of the United States, enslaved Africans and Native people as maids, butlers, blacksmiths, field hands, etc., for the homes and plantations of English, French, and Spanish colonists. From these contacts, love and marriages frequently formed.

**Shared citizenship**

Contact between Africans and Native Americans was not limited to shared slavery. Friendship and trust also formed between African Americans and citizens of sovereign Native American nations, resulting in intermarriage and children.

*The Relevance of Native America to Black History*, Field Museum, Feb. 14, 2021, https://www.fieldmuseum.org/blog/relevance-native-america-black-history

Native Americans, she said, had themselves been enslaved, even before African-Americans, and the two groups "were enslaved for approximately 150 years in tandem." It wasn't until the mid 18th-century that the bondage of Native Americans began to wane as Africans were imported in greater and greater numbers. Increasingly, where white colonists viewed Africans as little more than mindless beasts of burden, they saw Native Americans as something more: "noble savages," unrefined but courageous and fierce.

Smith, R. P. (2021, September 14). How Native American slaveholders complicate the Trail of Tears narrative. *Smithsonian Magazine*. https://www.smithsonianmag.com/smithsonian-institution/how-native-american-slaveholders-complicate-trail-tears-narrative-180968339/#:~:text=Native%20Americans%2C%20she%20said%2C%20had,unrefined%20but%20courageous%20and%20fierce.

**Seminoles and Black Seminoles**

African people who escaped enslavement were called Maroons in the American colonies, a word derived from the Spanish word "cimarrón" meaning runaway or wild one. The Maroons who arrived in Florida and settled with the Seminoles were called a variety of names, including Black Seminoles, Seminole Maroons, and Seminole Freedmen. The Seminoles gave them the tribal name of Estelusti, a Muskogee word for black.

49

The word Seminole is also a corruption of the Spanish word cimarrón. The Spanish themselves used cimarrón to refer to Indigenous refugees in Florida who were deliberately avoiding Spanish contact. Seminoles in Florida were a new tribe, made up mostly of Muskogee or Creek people fleeing the decimation of their own groups by European-brought violence and disease. In Florida, the Seminoles could live beyond the boundaries of established political control (although they maintained ties with the Creek Confederacy) and free from political alliances with the Spanish or British.

K. Kris Hirst, *How Black Seminoles Found Freedom From Enslavement in Florida*, ThoughtCo., Jun., 10, 2025, https://www.thoughtco.com/black-seminoles-4154463

**Black Seminoles**, a group of free blacks and runaway slaves (maroons) that joined forces with the Seminole Indians in Florida from approximately 1700 through the 1850s. The Black Seminoles were celebrated for their bravery and tenacity during the three Seminole Wars.
Kuiper, Kathleen. "Black Seminoles". Encyclopedia Britannica, 21 Jan. 2016, https://www.britannica.com/topic/Black-Seminoles. Accessed 17 February 2026.

The word "maroon" is an English corruption of the Spanish word *cimarron*, meaning "wild, not tame," and was originally applied to livestock that had escaped from farms to run free in the woods.[1] Since first Native American and later imported African slaves were other forms of personal property that fled from plantations in Spanish colonies to remote mountainous areas, they too earned the label *cimarron*. When Sir Francis Drake traveled through Panama in 1572, he encountered people he termed "Symerons (a blacke people, which about eightie yeeres past, fled from the *Spaniards* their Masters, by reason of their crueltie,. . .
LOCKLEY, TIMOTHY JAMES, editor. "INTRODUCTION." *Maroon Communities in South Carolina: A Documentary Record*, University of South Carolina Press, 2009, pp. ix-xxiv. *JSTOR*, https://doi.org/10.2307/j.ctv1ft83wx.5. Accessed 18 Feb. 2026.

Maroon communities clearly had existed throughout South Carolina from at least the early eighteenth century, but suddenly in 1765 they became much more of a problem for white authorities in South Carolina and especially near the Georgia border. One possible explanation for the timing of this explosion of maroon activity is that the Stamp Act went into operation on November 1, 1765. This attempt by the British government to raise revenue by taxing official documents and publications was the cause of much disagreement between elected assemblies and royally appointed colonial governors throughout the American colonies.
LOCKLEY, TIMOTHY JAMES, editor. "A Late Colonial Burst of Marronage, 1765-1774." *Maroon Communities in South Carolina: A Documentary Record*, University of South Carolina Press, 2009, pp. 16-38. *JSTOR*, https://doi.org/10.2307/j.ctv1ft83wx.7. Accessed 18 Feb. 2026.

50

For instance, many of the ancestors of present-day Jamaicans, like the Maroons, came from Africa. And, because of the characteristics of the culture these ancestors brought, modified, and preserved, historians have been able to identify these forced migrants, including many of the Maroons, as "Koromantis"—people from the Akan culture. Because of the persistence of earlier generations, present-day descendents are able to see how their modern culture came about.

Jamaican planters used the term Koromanti was to refer to slaves purchased from the Akan region of West Africa, presently known as Ghana. In the earliest years of the British settlement the Koromantis were the most stubborn, and yet, the most respected. Many of them were experienced with military methods because of the fighting and wars they encountered in Africa. They were a very proud and disciplined group. The British felt these characteristics would make them good slaves; the Koromantis' pride and discipline might make them want to do their work to the best of their ability. Slaveowners often put them in charge of a certain section of a plantation to make sure the others were working properly. But the Koromantis, who came from a natural environment very similar to that of Jamaica, were also able to rebel against slavery and run to the mountains of St. Ann, Clarendon, and Elizabeth, the original homes of the Jamaican Maroons. While the planters feared to pursue the runaways into the hills, the Koromanti used the mountains and their own disciplined way of life as an advantage. In the mountains, they developed their own way of life by incorporating the various cultures with those of the other runaway slaves who made up the diverse Maroons.

In fact, among the Maroons—and among the people brought to Jamaica as slaves in general—Akan cultural influences predominated.

*The Maroons.*
(n.d.). https://scholar.library.miami.edu/slaves/Maroons/individual_essays/lea nna.html

Evidence from recent archaeological studies appear to suggest a redefinition of the heritage of runa-
way slave communities, referred to by the name Maroons and other terms. Now properly defined
as the pioneer freedom fighters, it is also becoming clear that their heritage is a single constant
strand in that of the New World. Contrary to previous views and descriptions which appear to indi-
cate that these communities derived only from African slave escapees, historical and archaeologi-
cal evidence from the Caribbean, and the Americas now reveal that the heritage of Maroon com-

51

munities stemmed from the united force forged by between native American communities and
Africans. Consequently, the suggestion must be made that calls for the redefinition of the status and
role of these «small-scale» societies (the Maroons) in the making of its heritage . The major aspects
of Maroon heritage which provide the context for redefinition include their composition, distribu-
tion, role of Amerindians in marronage and also through the analysis of the material culture, the
features which Maroon heritage shares with the rest of the New world heritage.

Agorsah, E.K. (1995). Redefining Maroon Heritage in the New World Studies. Proceedings of the XVIth
International Congress for Caribbean Archaeology, 224-234.

xxv

Jan Rodrigues (or Juan Rodrigues, depending upon the source) was the first non-native to settle in New York City. Raised in a culturally diverse household (his mother was African and his father was Portuguese) in the Spanish settlement of Santo Domingo in the Dominican Republic, Jan was known for his linguistic talents and was hired by the Dutch captain Thijs Volckenz Mossel of the Jonge Tobias to serve as the translator pn a trading voyage to the Native American island of Mannahatta. Arriving in 1613, Jan soon came to learn the Algonquinian language of the Lenape people and married into the local community. When Mossel's ship returned to the Netherlands, Jan stayed behind with his Native American family and set up his own trading post with goods given to him by Mossel, consisting of eighty hatchets, some knives, a musket and a sword.

Jan Rodrigues remained in Manhattan and future Dutch traders would have to use him as an intermediary to trade with the Native Americans. Some historical evidence exists to suggest he was absorbed into the New Amsterdam community and was still residing in the city as late as the 1640's. Even if this was not the case, we honor him as our city's first settler, the first African New Yorker, and as a man who was able to--like future African New Yorkers--successfully straddle the cultures of Europe, Africa, the West Indies, and Native Americans.

*The Life of Jan Rodrigues - African Burial Ground National Monument (U.S. National Park Service)*. (n.d.). https://home.nps.gov/afbg/learn/historyculture/jan-rodrigues.htm

xxvi

Marihuana Regulation and Taxation Act, Section 2,CHAPTER 7-A OF THE CONSOLIDATED LAWS, legislation.nysenate.gov, 1/6/2021, https://legislation.nysenate.gov/pdf/bills/2021/S854A.

xxvii

Notice of Adoption of Rules Pursuant to the Emergency Procedures of Section 1043(i) (1) of the New York City Charter, DEPARTMENT OF FINANCE, https://www.nyc.gov/assets/finance/downloads/pdf/rules/cannabis-emergency-rule.pdf.

53